ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (State Bar No. 126569)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

**FILED**
Jun 26 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION    **FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:24-mj-70950-MAG |
|     Plaintiff, | |
|     v. | SEALING APPLICATION AND SEALING [~~PROPOSED~~] ORDER |
| NICHOLAS BLOOM, | |
|     Defendant. | |

    The United States respectfully requests that the Notice of Proceedings on Out-Of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of The Federal Rules of Criminal Procedure and attached documents, be filed under seal until further order of this Court with the exception that the Clerk's office may provide copies of said sealed documents to the U.S. Attorney's Office.

    The reason for this request is that the Indictment and Warrant was filed under seal by the Western District of New York remains under seal, and disclosure of Criminal Complaint and Arrest Warrant could jeopardize the ongoing investigation and lead to the destruction of evidence.

SEALING APP.LICATION AND
SEALING [PROPOSED] ORDER      1

WHEREFORE, I respectfully request that the Court issue an order granting this application.

DATED: June 26, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ *Zachary M. Glimcher*

ZACHARY M. GLIMCHER
Special Assistant United States Attorney

## ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The Notice of Proceedings on Out-Of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of The Federal Rules of Criminal Procedure and attached documents, be filed under seal until further order of this Court with the exception that the Clerk's office may provide copies of said sealed documents to the U.S. Attorney's Office.

IT IS SO ORDERED.

DATED: June __26__, 2024

HONORABLE DONNA M. RYU
CHIEF MAGISTRATE JUDGE